UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA SILVA, | No. 1:25-cv-01893-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| NANCY JACKSON, | (Doc. 8) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2026, the assigned magistrate judge screened the complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* at 4. Plaintiff filed untimely objections on February 19, 2026 and February 23, 2026. Docs. 10, 11.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. In her objections, plaintiff reiterates factual allegations that were included in her

1

complaint and were addressed by the magistrate judge, and she fails to identify any basis for a section 1983 claim.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 15, 2026, Doc. 8, are adopted in full;

2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2